

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00626-CR

**EX PARTE** Abraham **VASQUEZ-MARQUEZ**

From the County Court, Webb County, Texas
Trial Court No. 2022CRB000721L1
Honorable Leticia Martinez, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 12, 2025.

_____
Irene Rios, Justice